```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 19-17756-elf
Nicholas J. Silvidio                                                Chapter 13
       Debtor                       CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett             Page 1 of 2              Date Rcvd: Sep 01, 2020
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Nicholas J. Silvidio,    1209 Bridge Street,    Philadelphia, PA 19124-1810
14441009       +Account Resolution Services,    Attn: Bankruptcy,    PO Box 459079,    Sunrise, FL 33345-9079
14458764        Emergency Care Services of PA,    PO Box 1123,    Minneapolis, MN 55440-1123
14441020       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14441021       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14441025       +NCB management,    P.O. Box 1099,    Langhorne, PA 19047-6099
14441026        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14452390       +Pennsylvania Housing Finance Agency,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14441029       +Philadelphia Traffic Court,    Hon. Gary Glazer,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14441030       +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
                 Philadelphia, PA 19107-2495
14458113       +Police and Fire Federal Credit Union,    Greenwood One,    3333 Street Road,
                 Bensalem, PA 19020-2022
14441031       +SRA Associates LLC,    401Minnetonka Rd,    Hi Nella NJ 08083-2914
14441032       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14441034       +Weltman, Weinberg & Reis,    170 S. Independence Mall W,    Suite 874W,
                 Philadelphia, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 02 2020 12:05:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14441010       +E-mail/Text: broman@amhfcu.org Sep 02 2020 12:05:12     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14441015        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:31     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14441016        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:31     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14509138        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:31
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14499957        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:32     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14441011       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 02 2020 12:32:43     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14441012       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 02 2020 12:27:57     Capital One / Yamaha,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14443437        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2020 12:30:02
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14441013       +E-mail/Text: ecf@ccpclaw.com Sep 02 2020 12:04:33     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14441017       +E-mail/Text: bankruptcy@philapark.org Sep 02 2020 12:05:35     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14441018        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:05:05     Commonwealth of PA,
                 Dept. of Revenue,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14441019        E-mail/Text: mrdiscen@discover.com Sep 02 2020 12:04:35     Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
14441765        E-mail/Text: mrdiscen@discover.com Sep 02 2020 12:04:35     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14441022       +E-mail/Text: bankruptcy@huntington.com Sep 02 2020 12:05:07     Huntington Natl Bk,
                 Attn: Bankruptcy,    P.O. Box 340996,    Columbus, OH 43234-0996
14441023        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 12:04:41     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
14443199        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:05:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14441027       +E-mail/Text: blegal@phfa.org Sep 02 2020 12:05:10     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14441028       +E-mail/Text: bankruptcy@philapark.org Sep 02 2020 12:05:35     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14451517       +E-mail/Text: bankruptcy@huntington.com Sep 02 2020 12:05:07     The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
14441033        E-mail/Text: BKRMailOps@weltman.com Sep 02 2020 12:05:11     Weltman, Weinberg & Reic Co,
                 P.O. Box 93784,    Cleveland, OH 44101-5784
                                                                                              TOTAL: 22
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Sep 01, 2020
                               Form ID: pdf900              Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA    17128-0946
14503266*        ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                  (address filed with court:   Water Revenue Bureau,    c/o City of Philadelphia Law Department,
                    Tax & Revenue Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                    Philadelphia, PA    19102-1595)
14441014*        +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14441024*         I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14464985*        +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Nicholas J. Silvidio ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Nicholas J. Silvidio ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    NICHOLAS J. SILVIDIO,                    :
            Debtor                                  :        Bky. No. 19-17756 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: <u>September 1, 2020</u>

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE