

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

GARY S. GLAZER
ADMINISTRATIVE JUDGE

SEP 21 2020

September 15, 2020

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA   19102

      Re:   Nicholas J. Silvidio
           Bankruptcy No.: 19-17756-elf
           Chapter 13

Dear Mr. Cibik:

    On September 15, 2020, this court received notification that the above-referenced Chapter 13 bankruptcy was dismissed.

    As we were unable to identify the debtor in our database, we corresponded with you on January 6, 2020, at which time we sought additional information from you.  There was no response to that letter, a copy of which is enclosed.

    As of this writing, based on the limited information available to us, we have no record of any outstanding fines and/or costs due to the Philadelphia Municipal Court, Traffic Division, for Nicholas J. Silvidio.

    Please contact this court if you have information to the contrary.

                                  Sincerely,

                                  Gary S. Glazer
                                  ADMINISTRATIVE JUDGE

GSG/mm
cc: United States Bankruptcy Court